823 A.2d 803

IN THE MATTER OF DAVID J. WITHERSPOON, AN ATTORNEY
AT LAW (ATTORNEY NO. 001661994).

June 4, 2003.

## CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–369, concluding that **DAVID J. WITHERSPOON** of **NEWARK,** who was admitted to the bar of this State

in 1994, should be reprimanded for violating *RPC* 1.4(a) (failure to communicate with client), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **DAVID J. WITHERSPOON** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.